**Kimberlee C. Morrow,** OSB No. 830280
E-mail:  kcm@hartwagner.com
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendants City of Eugene, Jairo Solorio,
Andrew Roberts, Jacob Thomas, Robert Griesel</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

(EUGENE DIVISION)

| | |
|---|---|
| **ANZHELIKA PAYNE**, Personal Representative to the Estate of LANDON JAY PAYNE,<br><br>         Plaintiff,<br><br>   v.<br><br>**JAIRO SOLORIO,** an individual, **ANDREW ROBERTS,** an individual, **JACOB THOMAS**, an individual, **ROBERT GRIESEL,** an individual, **JUSTIN WILSON**, an individual, **KIMBERLY FULTON**, an individual, **EMMA EDWARDS**, an individual, **COLTER GAWITH,** an individual, **NATHAN GENT**, an individual, **MICHAEL BAEUERLEN**, an individual, **STEPHEN FOLEY**, an individual, **JOSEPH FISHER**, an individual, **JEREMY FIFER**, an individual, **WILLIAM MCCLURE**, an individual, **LANCE JESTER**, an individual, **CLINT RILEY**, an individual, **C. SANTINI,** an individual, **LANE COUNTY**, and **CITY OF EUGENE**, a municipal corporation,<br><br>         Defendants. | Case No. 6:22-cv-00471-MC<br><br>**DECLARATION OF KIMBERLEE MORROW IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DEADLINES** |

Page 1 – DECLARATION OF KIMBERLEE MORROW IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

I, Kimberlee C. Morrow, declare as follows:

1. I am an attorney for Defendant City of Eugene, Jairo Solorio, Andrew Roberts, Jacob Thomas, Robert Griesel. I make this declaration based on personal knowledge, except where stated herein.

2. The parties seek an extension of the deadline for the close of discovery to January 15, 2024, and the dispositive motion deadline to March 15, 2024.

3. The parties have been engaging diligently in document discovery and depositions, but given the breadth and complexity of issues and the numerous named parties, we have been unable to complete discovery within the current deadline. We are attempting to set the depositions of the plaintiff and several remaining parties, but given the conflicting schedules of counsel, we do not anticipate being able to complete the depositions prior to December.

7. All counsel has been contacted and join in this request for an extension.

8. The motion is made in good faith and not for any improper purpose or delay. I am unaware of any prejudice that will result to any party if the Court grants this motion.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Respectfully submitted this 7th day of November, 2023.

HART WAGNER LLP

By: */s/ Kimberlee C. Morrow*
Kimberlee C. Morrow, OSB No. 830280
kcm@hartwagner.com
Of Attorneys for Defendants City of Eugene, Jairo Solorio, Andrew Roberts, Jacob Thomas, Robert Griesel

Page 2 – DECLARATION OF KIMBERLEE MORROW IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2023, I served the foregoing **DECLARATION OF KIMBERLEE MORROW IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME** on the following party at the following address:

Willow R. Hillman
Law Office of Willow Hillman
44 Broadway, Suite 222
Eugene, OR 97401
willow@willowhillmanlaw.com
  Of Attorneys for Plaintiff

Derek Larwick
Keith A. Reed
Larwick Law Firm, PC
1190 West 7th Avenue
Eugene, OR 97402
  Of Attorneys for Plaintiff

Andrea Coit
Hutchinson Cox
940 Willamette Street, Suite 400
PO Box 10886
Eugene, OR
  Of Attorneys for Lane County, Justin Wilson, Emma Edwards,
  Colter Gawith, Nathan Gent, Michael Baeuerlen, Stephen
  Foley, Joseph Fisher, Jeremy Fifer, William McClure, Lance
  Jester, Clint Riley, C. Santini

by e-filing a true and correct copy thereof, certified by me as such.

   */s/ Kimberlee C. Morrow*
   Kimberlee C. Morrow

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**