**Andrea D. Coit, OSB #002640**
acoit@eugenelaw.com
**Ariana Denley, OSB #173314**
adenley@eugenelaw.com
HUTCHINSON COX
940 Willamette Street, Suite 400
P.O. Box 10886
Eugene, Oregon 97440
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Of Attorneys for Lane County, Riley, Jester, McClure, Fifer, Fisher, Foley, Baeuerlen, Gent, Gawith, Edwards, Santini, and Wilson

FILED 22 JUL '24 10:46 USDC-ORE

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DISTRICT

| | |
|---|---|
| ANZHELIKA PAYNE, personal representative to the estate of LANDON JAY PAYNE,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO SOLORIO, an individual, ANDREW ROBERTS, an individual, JACOB THOMAS, an individual, ROBERT GRIESEL, an individual, JUSTIN WILSON, an individual, ZACHERY FULTON, an individual, EMMA GROTEFEND, also known as EMMA EDWARDS, an individual, COLTER GAWITH, an individual, NATHAN GENT, an individual, MICHAEL BAEUERLEN, an individual, STEPHEN FOLEY, an individual, JOSEPH FISHER, an individual, JEREMY FIFER, an individual, WILLIAM MCCLURE, an individual, LANCE JESTER, an individual, RICHARD CLINTON RILEY, an individual, CONNOR WEST SANTINI, an individual, LANE COUNTY, and CITY OF EUGENE, a municipal corporation.<br><br>Defendants. | Case No. 6:22-cv-00471-MC<br><br>**CONVENTIONALLY FILED EXHIBIT 20 TO DECLARATION OF ANDREA D. COIT IN SUPPORT OF LANE COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DOCKET NO. 58** |



Case No. 6:22-cv-00471-MC