# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Oregon

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:22-cv-00471-MC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/27/2022

Date of judgment or order you are appealing: 12/23/2024

Docket entry number of judgment or order you are appealing: 84

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant Zachery Fulton
Defendant Connor West Santini

Is this a cross-appeal?  ( ) Yes   (•) No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ( ) Yes   (•) No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Andrea D. Coit          **Date** Jan 16, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                      *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Defendant Zachery Fulton
Defendant Connor West Santini

Name(s) of counsel (if any):

Andrea D. Coit
Ariana Denley

Address: 940 Willamette Street, Suite 400, Eugene, Oregon 97401

Telephone number(s): (541) 686-9160

Email(s): acoit@eugenelaw.com; adenley@eugenelaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Anzhelika Payne, personal representative to the estate of Landon Jay Payne

Name(s) of counsel (if any):

Willow R. Hillman

Address: 44 Broadway, Suite 222, Eugene, Oregon 97401

Telephone number(s): (541) 735-3678

Email(s): willow@willowhillmanlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

## Appellees

Name(s) of party/parties:

Anzhelika Payne, personal representative to the estate of Landon Jay Payne

Name(s) of counsel (if any):

Derek Larwick
Keith Reed

Address: 1190 West 7th Avenue, Eugene, Oregon 97402

Telephone number(s): (541) 600-4598

Email(s): derek@larwick.com; keith@larwick.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                         2                         *New 12/01/2018*