**Andrea D. Coit, OSB #002640**
acoit@eugenelaw.com
**Ariana Denley, OSB #173314**
adenley@eugenelaw.com
HUTCHINSON COX
940 Willamette Street, Suite 400
P.O. Box 10886
Eugene, Oregon 97440
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Of Attorneys for Lane County, Riley, Jester, McClure, Fifer, Fisher, Foley, Fulton, Baeuerlen, Gent, Gawith, Edwards, Santini, and Wilson

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DISTRICT

| | |
|---|---|
| ANZHELIKA PAYNE, personal representative to the estate of LANDON JAY PAYNE,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO SOLORIO, an individual, ANDREW ROBERTS, an individual, JACOB THOMAS, an individual, ROBERT GRIESEL, an individual, JUSTIN WILSON, an individual, ZACHERY FULTON, an individual, EMMA GROTEFEND, also known as EMMA EDWARDS, an individual, COLTER GAWITH, an individual, NATHAN GENT, an individual, MICHAEL BAEUERLEN, an individual, STEPHEN FOLEY, an individual, JOSEPH FISHER, an individual, JEREMY FIFER, an individual, WILLIAM MCCLURE, an individual, LANCE JESTER, an individual, RICHARD CLINTON RILEY, an individual, CONNOR WEST SANTINI, an individual, LANE COUNTY, and CITY OF EUGENE, a municipal corporation.<br><br>Defendants. | Case No. 6:22-cv-00471-MC<br><br>**STATUS REPORT** |

Page 1 – STATUS REPORT

Pursuant to the Court's January 3, 2025, scheduling order (ECF No. 86), the parties have conferred and, through the undersigned, submit the following report regarding the status of this matter.

- On January 16, 2025, Defendants Santini and Fulton filed a notice of appeal in this Court, seeking interlocutory appeal by the Ninth Circuit of this Court's December 23, 2024, Opinion and Order denying their request for qualified immunity. Counsel for Defendants Santini and Fulton have argued that, upon filing of that notice of appeal, this matter is automatically stayed, citing *Chuman v. Wright*, 960 F. 2d. 104, 105 (9th Cir. 1992).

- Respectfully, in light of Defense Counsel's argument that the filing of a notice of appeal creates an automatic stay of the trial in this case pending the outcome of the interlocutory appeal, the parties have not conferred on trial dates as directed by the Court to do.

DATED this 17th day of January 2025.

        HUTCHINSON COX

By:    s/Andrea D. Coit
     Andrea D. Coit, OSB #002640
     acoit@eugenelaw.com
     Ariana Denley, OSB #173314
     adenley@eugenelaw.com
     Of Attorneys for Lane County, Riley, Jester, McClure, Fifer, Fisher, Foley, Fulton, Baeuerlen, Gent, Gawith, Edwards, Santini, and Wilson

## CERTIFICATE OF SERVICE

I certify that on January 17, 2025, I served or caused to be served a true and complete copy of the foregoing **STATUS REPORT** on the party or parties listed below as follows:

☒ Via the Court's Efiling System

☐ Via First-Class Mail, Postage Prepaid

☐ Via Email

☐ Via Personal Delivery

☐ Via Facsimile

Willow R. Hillman
willow@willowhillmanlaw.com
Law Office of Willow Hillman, LLC
44 Broadway, Suite 222
Eugene, OR 97401

Derek Larwick
derek@larwick.com
Keith Reed
keith@larwick.com
Larwick Law Firm, PC
1190 West 7th Avenue
Eugene, OR 97402

Of Attorneys for Plaintiff

Ben Miller
bmiller@eugene-or.gov
Eugene City Attorney's Office
500 East 4th Avenue, Suite 301
Eugene, OR 97401

Kimberlee Collins Morrow
kcm@hartwagner.com
Hart Wagner, LLP
1000 SW Broadway
Suite 2000
Portland, OR 97205

Of Attorneys for Defendants

HUTCHINSON COX

By:  s/Andrea D. Coit
Andrea D. Coit, OSB #002640
Ariana Denley, OSB #173314
Of Attorneys for Lane County, Riley, Jester, McClure, Fifer, Fisher, Foley, Fulton, Baeuerlen, Gent, Gawith, Edwards, Santini, and Wilson

Page 3 – STATUS REPORT