**Andrea D. Coit, OSB #002640**
acoit@eugenelaw.com
**Ariana Denley, OSB #173314**
adenley@eugenelaw.com
HUTCHINSON COX
940 Willamette Street, Suite 400
P.O. Box 10886
Eugene, Oregon 97440
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Of Attorneys for Lane County, Riley, Jester, McClure, Fifer, Fisher, Foley,
Fulton, Baeuerlen, Gent, Gawith, Edwards, Santini, and Wilson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DISTRICT**

| | |
|---|---|
| ANZHELIKA PAYNE, personal representative to the estate of LANDON JAY PAYNE, <br><br> Plaintiff, <br><br> v. <br><br> JAIRO SOLORIO, an individual, ANDREW ROBERTS, an individual, JACOB THOMAS, an individual, ROBERT GRIESEL, an individual, JUSTIN WILSON, an individual, ZACHERY FULTON, an individual, EMMA GROTEFEND, also known as EMMA EDWARDS, an individual, COLTER GAWITH, an individual, NATHAN GENT, an individual, MICHAEL BAEUERLEN, an individual, STEPHEN FOLEY, an individual, JOSEPH FISHER, an individual, JEREMY FIFER, an individual, WILLIAM MCCLURE, an individual, LANCE JESTER, an individual, RICHARD CLINTON RILEY, an individual, CONNOR WEST SANTINI, an individual, LANE COUNTY, and CITY OF EUGENE, a municipal corporation. <br><br> Defendants. | Case No. 6:22-cv-00471-MC <br><br> **LANE COUNTY DEFENDANTS' MOTION FOR STAY PENDING APPEAL** |

## I.    CERTIFICATE OF COMPLIANCE WITH LR 7-1

The undersigned attorney certifies that she conferred with the attorneys for Plaintiff and for

Defendants City of Eugene, Solorio, Roberts, Thomas and Griesel.  Plaintiff opposes this motion.

Defendants City of Eugene, Solorio, Roberts, Thomas and Griesel do not oppose this motion.

## II.     MOTION

Defendants Lane County, Riley, Jester, McClure, Fifer, Fisher, Foley, Fulton, Baeuerlen, Gent, Gawith, Edwards, Santini, and Wilson ("County Defendants") move to stay the District Court proceedings pending Defendants Fulton and Santini's appeal of the Court's Opinion and Order (ECF No. 84) of December 23, 2024.

## III.     ARGUMENT

On January 16, 2025, Defendants Fulton and Santini appealed the part of the Opinion and Order that denied their motion for summary judgment based on qualified immunity. The denial of their motion is immediately appealable. *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

The appeal automatically stays the proceedings in this Court pending appeal unless this Court certifies that the claim of qualified immunity is frivolous or has been waived. *Chuman v. Wright*, 960 F.2d 104, 105 (9th Cir.1992). The claim of qualified immunity is not frivolous, as Defendants Fulton and Santini have a good faith argument that they are entitled to qualified immunity. See Lane County Defendants' Motion for Summary Judgment (ECF No. 57) at pages 16-19 and 27. These defendants have not waived qualified immunity.

Under these circumstances, the District Court proceedings should be stayed.

## IV.     CONCLUSION

The Court should grant this motion and stay the proceedings in this Court until the Ninth Circuit Court of Appeals has resolved the appeal.

DATED this 28th day of January 2025.

HUTCHINSON COX

By:     s/Andrea D. Coit
       Andrea D. Coit, OSB #002640
       Ariana Denley, OSB #173314
       Of Attorneys for Lane County, Riley, Jester,
       McClure, Fifer, Fisher, Foley, Fulton, Baeuerlen,
       Gent, Gawith, Edwards, Santini, and Wilson

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025, I served or caused to be served a true and complete

copy of the foregoing **LANE COUNTY DEFENDANTS' MOTION FOR STAY PENDING**

**APPEAL** on the party or parties listed below as follows:

☒    Via the Court's Efiling System

☐    Via First-Class Mail, Postage Prepaid

☐    Via Email

☐    Via Personal Delivery

☐    Via Facsimile

Willow R. Hillman
willow@willowhillmanlaw.com
Law Office of Willow Hillman, LLC
44 Broadway, Suite 222
Eugene, OR 97401

Derek Larwick
derek@larwick.com
Keith Reed
keith@larwick.com
Larwick Law Firm, PC
1190 West 7th Avenue
Eugene, OR 97402

Of Attorneys for Plaintiff

Ben Miller
bmiller@eugene-or.gov
Eugene City Attorney's Office
500 East 4th Avenue, Suite 301
Eugene, OR 97401

Kimberlee Collins Morrow
kcm@hartwagner.com
Hart Wagner, LLP
1000 SW Broadway
Suite 2000
Portland, OR 97205

Of Attorneys for Defendants

HUTCHINSON COX

By:    s/Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Ariana Denley, OSB #173314
    Of Attorneys for Lane County, Riley, Jester,
    McClure, Fifer, Fisher, Foley, Fulton, Baeuerlen,
    Gent, Gawith, Edwards, Santini, and Wilson